# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

THANH VO, an individual

Plaintiff,

vs.

HOWARD S. YOO, an individual;

Defendants.

Case No.: 8:18-cv-01705-JVS-JDE

**JUDGMENT**

Plaintiff Thanh Vo ("Plaintiff"), brought the present action against Defendant Howard S. Yoo, an individual alleging violation of the Americans with Disabilities Act and the Unruh Civil Rights Act.

After considering the moving and opposing papers and all supporting evidence, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Plaintiff Thanh Vo and against Defendant Howard S. Yoo as follows:

    (1) Defendant shall bring the premises of 1520 W Chapman, Orange, CA 92868 (the "Property") into compliance with the Americans with Disabilities Act by (a) providing a compliant accessible parking space; and (b) providing accessible pathways; and

    (2) Defendant shall be liable to Plaintiff in the total amount of $30,064.75, $4,000.00 of which consists of statutory damages under the Unruh Act, $23,960.00 in attorney's fees and $2,104.75 in costs.

Dated: January 21, 2020

_____
Honorable James V. Selna
United States District Judge

cc: FISCAL